IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERSIAH M. TAYLOR,

    Plaintiff,

v.                                            4:16cv455–WS/GRJ

FLA. DEPT. OF CORRECTIONS,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 27) docketed November 3, 2017. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 27) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this ___5th___ day of ___December___, 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE